INDUSTRIAL SAVINGS AND LOAN COMPANY, by EUGENE LAMB RICHARDS, as Superintendent of Banks, etc., Plaintiff, v. PETER HERTER and Others, Defendants.— Motion denied, upon condition that the appellant perfect the appeal, place the case on the calendar for Friday, November 17, 1916, and be ready for argument when reached; otherwise motion granted, with ten dollars costs. Present — Jenks, P. J., Thomas, Stapleton, Mills and Putnam, JJ.

In the Matter of Proceedings Supplementary to Execution: GEORGE F. ADAMS, Respondent, v. ABRAHAM COHEN, Appellant.—Motion granted. Present — Jenks, P. J., Thomas, Stapleton, Mills and Putnam, JJ.

In the Matter of ROBERT S. KING, an Attorney.— Motion granted, and matter referred to Hon. Josiah T. Marean, as official referee, to take any new evidence that may be offered by the respondent, and to report, with his opinion. Present — Jenks, P. J., Thomas, Stapleton, Mills and Putnam, JJ.